UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN PRITCHARD,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>　　　Defendant. | CIVIL ACTION NO. 3:20-cv-01874<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 30th day of September, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's claims for disability insurance benefits is **VACATED** and **REMANDED** for further proceedings;

2. The Clerk is directed to enter **JUDGMENT** in favor of the plaintiff and against the Commissioner; and

3. The Clerk is directed to mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　*s/Joseph F. Saporito, Jr.*
　　　　　　　　　　　　　　　　　JOSEPH F. SAPORITO, JR.
　　　　　　　　　　　　　　　　　United States Magistrate Judge